August 21, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00081-CV

CITY OF DALLAS, Appellant

V.

KEN PAXTON, ATTORNEY GENERAL OF TEXAS, AND THE DALLAS
MORNING NEWS, INC., Appellees

This cause, an appeal from the judgment in favor of appellees, Ken Paxton, Attorney General of Texas, and The Dallas Morning News, Inc., signed June 7, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, City of Dallas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 21, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Justice Farris.

Concurring opinion by Chief Justice Brister.